ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID W. MOULTRIE,<br><br>Defendant. | Case No. 1:25-po-00082-SAB<br><br><br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through ERIC GRANT, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss [Citations #9336894, CA74; #9336895, CA/74] in Case No. 1:25-po-00082-SAB against DAVID W. MOULTRIE, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 11, 2025              Respectfully submitted,

                                              ERIC GRANT
                                              United States Attorney

                                   By:     /s/ *Chan Hee Chu*
                                              CHAN HEE CHU
                                              Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that [Citations #9336894, CA74; #9336895, CA/74] in Case No. 1:25-po-00082-SAB against DAVID W. MOULTRIE be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **August 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge