# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID W MOULTRIE,<br><br>　　　　Defendant. | Case No. 1:25-po-00082-SAB<br><br>ORDER RE REFUND OF OVERPAYMENT |

On April 30, 2025, citations were issued to Defendant David W Moultrie for violations of federal regulations.[1] (ECF No. 1 (Violation No. 9336897); ECF No. 5 (Violation No. 9336896).) Defendant was directed to pay $810.00. (Id.) Defendant has made various payments. However, the Central Violations Bureau records indicate it has received overpayment in the amount of $20.00.

Accordingly, IT IS HEREBY ORDERED that David W Moultrie be refunded in the amount of $20.00.

IT IS SO ORDERED.

Dated: **August 27, 2025**

　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Two other citations issued the same day were dismissed on August 11, 2025. (See ECF No. 3 (Violation No. 9336895); ECF No. 4 (Violation No. 9336894); ECF No. 17.)